**No. 26-3537**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellant,**

**v.**

**MICHELLE BAASS,
Director, California Department of Health Care Services,**

**Respondent-Appellee.**

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME TO FILE OPENING BRIEF**

Plaintiff-Appellant respectfully moves this Court for an extension of time of thirty (30) days to file the opening brief in this case in accordance with Rule 26(b) of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2. Appellant's opening brief is currently due on October 13, 2026. If the Court grants this extension, Appellant's opening brief would be due on November 12, 2026.

This motion is made in good faith and not for the purpose of delay. The reasons for this motion are set forth in the attached declaration of counsel.

As set forth in the attached declaration, a decision whether or not to appeal must be made by the Office of the Solicitor General. *See* 28 C.F.R. § 0.20(b). On June 2, 2026, Appellant filed a protective notice of appeal of the district court's order dated March 31, 2026, in accordance with Justice Manual § 2-2.132 ("[I]f the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appellate section of the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal must be filed . . . in order to preserve the government's right to appeal.").

The Office of the Solicitor General has not yet made a decision on whether to appeal; the process to determine whether an appeal is appropriate remains ongoing.

//

//

//

//

//

//

//

//

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MELISSA K. LOTT
Senior Litigation Counsel
Office of Immigration Litigation

/s/ Imran R. Zaidi
IMRAN R. ZAIDI
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-4241

Date: October 6, 2026

Attorneys for Plaintiff-Appellant

**No. 26-3537**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellant,**

**v.**

**MICHELLE BAASS,
Director, California Department of Health Care Services,**

**Respondent-Appellee.**

**DECLARATION IN SUPPORT OF PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME TO FILE OPENING BRIEF**

I, Imran R. Zaidi, declare:

1. I am an attorney in good standing, admitted to the State Bar of New York. I am employed by the Civil Division of the United States Department of Justice, Washington, D.C. I hold the position of Senior Litigation Counsel in the Office of Immigration Litigation.

2. The opening brief for Plaintiff-Appellant is currently due by October 13, 2026, following the Court's grant of a first extension of 60 days, and its

partial grant of a second extension (reducing the length from the requested 60 days to 30 days for the government's deadline).

3. An extension of this length is necessary for the following reasons:

(a) A decision whether or not to appeal must be made by the Office of the Solicitor General. *See* 28 C.F.R. § 0.20(b). On June 2, 2026, Appellant filed a protective notice of appeal of the district court's order dated March 31, 2026, in accordance with Justice Manual § 2-2.132 ("[I]f the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appellate section of the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal must be filed . . . in order to preserve the government's right to appeal."). The Office of the Solicitor General has not yet made a decision on whether to appeal; instead, the process to determine whether an appeal is appropriate remains ongoing.

(b) I am additionally responsible for preparing the government's appellate brief in: *Reyes Cruz v. Att'y Gen.*, No. 26-1710 (3d Cir.), due October 19, 2026 (on extension); *Pineda Arellano v. Blanche*, No. 21-589 (9th Cir.), due October 20, 2026 (on fourth extension); *Araujo-Morales v. Blanche.*, No. 19-73232 (9th Cir.), due October 23, 2026 (upon grant

of pending fifth extension); *Bounthaeng v. Blanche*, No. 25-7041 (9th Cir.), due October 26, 2026 (on fourth extension); *De Gonzalez v. Blanche*, No. 20-71917 (9th Cir.), due October 30, 2026 (upon grant of pending fifth extension); *Flores-Jauregui v. Blanche*, No. 26-1382 (9th Cir.), due November 13, 2026 (on extension); *Gazi v. Blanche*, No. 21-70428 (9th Cir.), due November 30, 2026 (upon grant of pending fifth extension); and *Mateo De Marcos, et al. v. Blanche*, No. 20-72057 (9th Cir.), due December 1, 2026 (upon grant of pending fourth extension).

(c) I will be out of the office on previously planned leave on October 16-19, 2026.

4. On October 6, 2026, Christine Chuang, counsel for Respondent-Appellee, advised that Respondent-Appellee does not oppose this motion.

5. I will exercise diligence in attempting to file Plaintiff-Appellant's opening brief or notify this Court otherwise within the time requested.

6. Undersigned counsel attests that the court reporter is not in default with regard to any designated transcripts.

//

//

//

I declare under penalty of perjury, that the foregoing is true and correct.

Executed this 6th day of October 2026.

/s/ Imran R. Zaidi
IMRAN R. ZAIDI
Senior Litigation Counsel
Criminal Immigration Team
Office of Immigration Litigation
Civil Division, Department of Justice

**CERTIFICATE OF COMPLIANCE**
**PURSUANT TO FED. R. APP. P. 32(g)**

I certify that pursuant to Fed. R. App. P. 32(g) and 27(d)(2), the foregoing motion and declaration are proportionately spaced, have a typeface of 14 points in Times New Roman font, and contain 446 words.

/s/ Imran R. Zaidi
IMRAN R. ZAIDI
Senior Litigation Counsel
Criminal Immigration Team
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 305-4241

Dated: October 6, 2026